## LIABILITY FOR FUNERAL EXPENSES OF WIFE.

Circuit Court of Cuyahoga County.

JOHN W. CLAWSON, ADMINISTRATOR, v. SAMUEL BRIGGS.

Decided, April, 1907.

*Estate of Married Woman Liable for Her Funeral Expenses.*

The estate of a married woman, who dies leaving property, is primarily liable for her funeral expenses, and where the husband pays them he may recover them from her administrator.

WINCH, J.; HENRY, J., and MARVIN, J., concur.

In this case we hold that in Ohio the estate of a married woman, who dies leaving property, is primarily liable for her funeral expenses, and, where the husband pays them, he may recover them from her administrator.

We follow the reasoning of the opinion, of Holmes, J., in *Constantinider* v. *Walsh,* 15 N. E., 631.

The common pleas court being of the same opinion, its judgment is affirmed.